**JS-6**

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA – WESTERN DIVISION

| | |
|---|---|
| JOEY ANTHONY DURAN, an individual, <br><br> Plaintiff, <br><br> vs. <br><br> NISSAN NORTH AMERICA, INC., a California Corporation, and DOES 1 through 10, inclusive, <br><br> Defendants. | CASE NO.: 2:25−cv−3368 SVW(AGRx) <br><br> *[Removed from Los Angeles County Superior Court, Case No. 25PSCV00453]* <br><br> Assigned to: Hon. Stephen V. Wilson <br> Magistrate Judge: Alicia G. Rosenberg <br><br> **ORDER GRANTING JOINT STIPULATION TO REMAND** <br><br> Action Filed: February 7, 2025 <br> Trial: None |

# ORDER

The Court, having considered the Parties' Stipulation, and good cause appearing therein, hereby orders that the Parties' Stipulation is **GRANTED:**

1. This matter is remanded back to the Superior Court of the State of California, County of Los Angeles;

2. All deadlines, dates, and events presently on calendar are vacated.

**IT IS SO ORDERED.**

DATED: May 28, 2025

Hon. Stephen V. Wilson
United States District Judge